**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHAWN WILSON,

    Petitioner,

v.                                                    Case Number: 08-CV-12602

THOMAS BIRKETT,

    Respondent.
_____/

**ORDER TERMINATING "PETITION TO HOLD IN ABEYANCE PETITION FOR HABEAS CORPUS"**

Petitioner Shawn Wilson has filed a petition for the writ of habeas corpus challenging his state convictions for four counts of first-degree criminal sexual conduct, one count of armed robbery, one-count of first-degree home invasion, and three counts of conspiracy to commit those offenses. On May 14, 2009, Petitioner requested that the court hold his habeas petition in abeyance so that he could return to state court and exhaust state remedies for one or more additional claims. On September 29, 2009, Petitioner filed a letter, stating, "I would like to abandon my petition to hold my habeas in Abeyance and continue on with my haebas Corpus [sic]." (9/29/09 Letter.) He requested that it "would be greatly appreciated if this request be granted a.s.a.p." (*Id.*) Inasmuch as Petitioner wishes to proceed with his habeas claim and no longer wishes to hold his habeas case in abeyance, the court will terminate his abeyance petition. Accordingly,

IT IS ORDERED that Petitioner's "Petition to Hold in Abeyance" [Dkt. # 12] is TERMINATED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: November 6, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 6, 2009, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522